In re: David M. AUSTIN, Debtor,

Donald E. Waring, Appellant,

v.

David M. Austin, Appellee.

No. 05–1138.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 7, 2006.

Decided: April 13, 2006.

Raymond I. Plaster, Moon & Plaster, Springfield, MO, for Appellant.

Norman E. Rouse, Collins & Webster, Joplin, MO, for Appellee.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Donald Waring appeals from a decision of the Bankruptcy Appellate Panel (BAP) reversing the bankruptcy court's judgment excepting from discharge under 11 U.S.C. § 523(a)(2)(A) a debt allegedly owed to Waring by debtor David Austin.

This court applies the same review standards as the BAP, reviewing the bankruptcy court's factual findings for clear error and its conclusions of law de novo. *In re Vote,* 276 F.3d 1024, 1026 (8th Cir.2002). Because we agree with the BAP's reasoning and conclusion that the bankruptcy court clearly erred in finding that Waring justifiably relied on a misrepresentation by

Austin, we affirm the BAP's decision. *See* 8th Cir. R. 47B.